IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLESTON, INC., a Nebraska Corporation;<br><br>          Plaintiff,<br><br>     vs.<br><br>DERRICK PFEIL, a resident of South Dakota;<br><br>          Defendant. | 4:16CV3153<br><br>ORDER |

Counsel for the Plaintiff has advised the court of a scheduling conflict regarding the pretrial conference of this matter. Accordingly,

IT IS ORDERED:

2)   Plaintiff's oral motion (filing no. 21) is granted. The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on June 6, 2017 at 9:00 a.m., and will be conducted by internet/telephonic conferencing. A separate order will be filed with the instructions and codes for participating in the pretrial conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on June 2, 2017.

Dated this 6th day of April, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge