IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLESTON INC., a Nebraska Corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>DERRICK PFEIL,<br><br>       Defendant. | 4:16-CV-3153<br><br><br>ORDER |
| CHARLESTON INC., a Nebraska Corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>DANIEL PFEIL,<br><br>       Defendant. | 4:16-CV-3154<br><br><br>ORDER |

The parties in these cases have resolved their claims. Accordingly,

IT IS ORDERED:

1. On or before July 17, 2017, the parties shall file joint stipulations for dismissal, or other dispositive stipulations, together with submitting to the undersigned judge a draft order which will fully dispose of these cases.

2. These cases are removed from the Court's trial calendar.

3. Absent compliance with this order, these cases (including counterclaims and the like) may be dismissed without further notice.

4. The Clerk of the Court shall set dismissal papers deadlines of July 17, 2017.

Dated this 16th day of June, 2017.

BY THE COURT:

_____
John M. Gerrard
United States District Judge