IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| CHARLESTON INC., a Nebraska Corporation, Plaintiff, vs. DERRICK PFEIL, Defendant. | 4:16-CV-3153 JUDGMENT |
|---|---|
| CHARLESTON INC., a Nebraska Corporation, Plaintiff, vs. DANIEL PFEIL, Defendant. | 4:16-CV-3154 JUDGMENT |

On the parties' Joint Stipulation and Motion to Dismiss, these matters are dismissed with prejudice, each party to pay their own costs and attorney's fees, complete record waived.

Dated this 26th day of June, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge